UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SCOTT PHILLIPS, et al., | Case No. 15-CV-04879-LHK |
| Plaintiffs, | **RELATED CASE ORDER (*COTTRELL*)** |
| v. | Re: Dkt. Nos. 27, 28 |
| APPLE INC., | |
| Defendant. | |

Before the Court is an administrative motion to consider whether *Cottrell v. Apple, Inc.*, No. 15-CV-05205-EJD ("*Cottrell*"), should be related to *Phillips, et al. v. Apple Inc.*, No. 15-CV-04879-LHK ("*Phillips*"). ECF No. 27.[1] The time for filing an opposition or statement of support has passed. Pursuant to Civil Local Rule 3-12, the Court finds that these two actions "concern substantially the same parties, property, transaction or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12. The Court therefore GRANTS the administrative motion to relate.

---

[1] On November 23, 2015, Apple filed a second, substantially similar motion to relate. ECF No. 28. In light of the Court's decision in the instant Order, this second motion is DENIED as moot.

1

Case No. 15-CV-04879-LHK
RELATED CASE ORDER (*COTTRELL*)

1  Accordingly, *Cottrell* shall be reassigned to the undersigned judge.  All future filings are to
2  bear the initials "LHK."  Unless otherwise ordered, any dates for hearing noticed motions are
3  vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines
4  set by the ADR Local Rules remain in effect; and any deadlines established in a case management
5  order continue to govern, except dates for appearance in court, which will be rescheduled by the
6  newly assigned judge.  A copy of this Order shall be filed in the *Cottrell* docket.

7  **IT IS SO ORDERED.**

9  Dated:  December 1, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge