UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SCOTT PHILLIPS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. 15-CV-04879-LHK<br><br>**ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| WILLIAM B. COTTRELL,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. 15-CV-05205-LHK |

Plaintiffs filed a consolidated amended complaint on February 8, 2016. ECF No. 39. The parties state in their February 17, 2016 joint case management statement that Defendant "plans to file a motion to dismiss all claims alleged" in Plaintiffs' consolidated amended complaint. ECF

1

Case Nos. 15-CV-04879-LHK; 15-CV-05205-LHK
ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

No. 40 at 3.

Defendant shall file a motion to dismiss by March 9, 2016.  Plaintiffs shall file an opposition by March 30, 2016, and Defendant shall file a reply by April 8, 2016.  A hearing on the motion to dismiss is set for April 21, 2016, at 1:30 p.m.

The case management conference, currently set for February 24, 2016, at 2:00 p.m., is hereby CONTINUED to April 21, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  February 19, 2016

_____
LUCY H. KOH
United States District Judge