UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SCOTT PHILLIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 15-CV-04879-LHK <br><br> **ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for April 21, 2016, at 1:30 p.m. *See* Fed. R. Civ. P. 26(f); Civ. L.R. 16-9(a). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, April 18, 2016, at 10 a.m.

**IT IS SO ORDERED**.

Dated: April 15, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No.: 15-CV-04879-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT